JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA FLEET SERVICES, INC., | Case No. EDCV 13-0238 JGB(DTBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ADP DEALER SERVICES, INC., et al. | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

JS-6

Dated: April 1, 2013

　　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　United States District Judge